# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor Jr., William H. | United States Court of Appeals | 5/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

1729 Fifth Avenue North
Suite 900
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | University of Alabama School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H. | 5/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Alabama School of Law | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | SELF-EMPLOYED ACCOUNTANT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Antonin Scalia Law School | January 10-12, 2020 | Arlington, VA | Panel Discussion | Transportation, Lodging, Meals |
| 2. | The Federalist Society | January 21-22, 2020 | Chicago, IL | Delivered Speech to Chicago Law School Chapter | Transportation, Lodging and Meals |
| 3. | The Federalist Society | January 31- Febraury 1, 2020 | Orlando, FL | Federalist Society Florida Chapters Conference | Transportation, Lodging and Meals |
| 4. | The Federalist Society | February20-21, 2020 | Washington, DC | Delivred Speech to George Washington Law School | Transportation, Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pryor Jr., William H.** | 5/05/2021 |

| 5. | The University of Alabama School of Law | August 17, 2020 - November 16, 2020 | Tuscaloosa, AL | Professor, Legislation: Special Problems in Statutory Interpretation | Transportation |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H. | 5/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. -FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 3. -FIDELITY OTC PORT | D | Dividend | L | T | | | | | |
| 4. IRA #2 (H) | | | | | | | | | |
| 5. -FIDELITY GOVERNMENT CASH RESERVES (X) | A | Dividend | M | T | Buy (add'l) | 11/17/20 | M | | |
| 6. - FIDELITY BLUE CHIP GROWTH | D | Dividend | M | T | | | | | |
| 7. - FIDELITY SELECT IT SERVICES PORTFOLIO | A | Dividend | | | Sold | 11/17/20 | M | F | |
| 8. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | L | T | | | | | |
| 9. -FIDELITY GROWTH DISCOVERY FUND | C | Dividend | K | T | | | | | |
| 10. -FIDELITY SELECT WIRELESS PORTFOLIOS | C | Dividend | K | T | | | | | |
| 11. IRA #3 (H) | | | | | | | | | |
| 12. -FIDELITY OTC PORT | D | Dividend | L | T | | | | | |
| 13. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | K | T | | | | | |
| 14. IRA #4 (H) | | | | | | | | | |
| 15. -FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | Buy (add'l) | 05/08/20 | K | | |
| 16. | | | | | Buy (add'l) | 05/27/20 | M | | |
| 17. | | | | | Sold (part) | 05/29/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/04/20 | K | | |
| 19. | | | | | Sold (part) | 06/22/20 | J | | |
| 20. | | | | | Buy (add'l) | 11/17/20 | L | | |
| 21. | | | | | Sold (part) | 11/27/20 | L | | |
| 22.   -FIDELITY BLUE CHIP GROWTH | D | Dividend | M | T | | | | | |
| 23.   -FIDELITY SMALL CAP GROWTH | D | Dividend | L | T | | | | | |
| 24.   -FIDELITY TREND | C | Dividend | M | T | Buy (add'l) | 05/29/20 | K | | |
| 25.   -FIDELITY 500 INDEX FUND | A | Dividend | | | Sold | 05/27/20 | M | A | |
| 26.   -FIDELITY GROWTH DISCOVERY FUND | C | Dividend | K | T | | | | | |
| 27.   -FIDELITY SELECT IT SERVICES PORTFOLIO | B | Dividend | | | Sold | 11/17/20 | L | D | |
| 28.   -FIDELITY SELECT CONSTRUCTN & HOUSING | B | Dividend | | | Sold | 05/08/20 | K | | |
| 29.   -FIDELITY SELECT GNMA FUND | A | Dividend | | | Sold | 07/21/20 | L | C | |
| 30.   -FIDELITY SELECT MED TECHNOLOGY AND DEVICES | C | Dividend | L | T | Buy | 11/27/20 | L | | |
| 31.   FIDELITY SELECT SOFTWARE & IT SRVC | B | Dividend | L | T | Buy | 05/29/20 | K | | |
| 32. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 33.   T ROWE PRICE COMM & TECHNOLOGY INVESTOR | C | Dividend | L | T | Buy | 06/04/20 | K | | |
| 34.   -FIDELITY INVESTMENT GRADE | B | Dividend | L | T | Buy | 07/21/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  IRA #7 (H) | | | | | | | | | |
| 36.  -FIDELITY GOVERNMENT CASH RESERVES (X) | | | | | Buy (add'l) | 05/06/20 | K | | |
| 37. | | | | | Sold (part) | 05/08/20 | K | | |
| 38. | | | | | Buy (add'l) | 06/05/20 | K | | |
| 39. | | | | | Sold (part) | 06/22/20 | K | | |
| 40.  -FIDELITY OTC PORTFOLIO | C | Dividend | L | T | | | | | |
| 41.  -FIDELITY SELECT DEFENSE & AREOSPACE | A | Dividend | | | Sold | 05/06/20 | K | | |
| 42.  -T ROWE PRICE COMM & TECHNOLOGY INVESTOR | B | Dividend | K | T | Buy | 06/22/20 | K | | |
| 43.  -WASATCH HOISINGTON US TREASURY | | | | | Buy | 05/08/20 | K | | |
| 44. | | | | | Sold | 06/05/20 | K | | |
| 45.  -BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 46.  -FIDELITY GOVERNMENT MONEY MARKET | A | Dividend | J | T | Sold (part) | 03/06/20 | K | | |
| 47. | | | | | Sold (part) | 06/12/20 | J | | |
| 48. | | | | | Sold (part) | 08/03/20 | J | | |
| 49. | | | | | Sold (part) | 09/21/20 | J | | |
| 50.  -FIDELITY LIMITED TERM BOND FUND | A | Dividend | L | T | | | | | |
| 51.  -FIDELITY CORPORATE BOND FUND | A | Dividend | | | Buy | 03/06/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Buy (add'l) | 06/12/20 | J | | |
| 53. | | | | | | Sold | 11/24/20 | K | A | |
| 54. | -FID INTER TREASURY BOND INDEX FUND | A | Dividend | | | Buy | 11/24/20 | K | | |
| 55. | | | | | | Sold | 12/17/20 | K | A | |
| 56. | -FIDELITY BLUE CHIP GROWTH | A | Dividend | K | T | Buy | 12/17/20 | K | | |
| 57. | | | | | | Sold | 06/05/20 | K | | |
| 58. | WARREN AVERETT, LLC PROFIT SHARING PLAN (H) | | | | | | | | | |
| 59. | -DFA INTERNATIONAL SMALL COMPANY I | A | Dividend | K | T | | | | | |
| 60. | -DFA INTERNATIONAL VALUE I | B | Dividend | L | T | | | | | |
| 61. | -MELLON STABLE VALUE FUND | A | Dividend | K | T | | | | | |
| 62. | -VANGUARD EMERGING MKTS STOCK IDX. | B | Dividend | L | T | | | | | |
| 63. | -VANGUARD GROWTH INDEX ADM | A | Dividend | M | T | | | | | |
| 64. | -VANGUARD INTERM-TERM CORPORATE BOND | B | Dividend | K | T | | | | | |
| 65. | -VANGUARD MID-CAP GROWTH INDEX ADM | A | Dividend | K | T | | | | | |
| 66. | VANGUARD MID-CAP VALUE INDEX ADM | B | Dividend | L | T | | | | | |
| 67. | -VANGUARD SMALL CAP GROWTH INDEX ADM | A | Dividend | K | T | | | | | |
| 68. | -VANGUARD SMALL CAP VALUE INDEX ADM | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pryor Jr., William H.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -VANGUARD TOTAL BOND MARKET INDEX ADM | B | Dividend | L | T | | | | | |
| 70.  -VANGUARD VALUE INDEX ADM | C | Dividend | M | T | | | | | |
| 71.  BBVA COMPASS BANK - A/C #1 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ William H. Pryor Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544